# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JASON CHARLES ANDREWS                                    NO.  2022 CW 0285

VERSUS

JENNIFER HARRIS ANDREWS                                  **JUNE 16, 2022**

---

In Re:    Jennifer Harris Andrews, applying for rehearing, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2015-11171.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **APPLICATION FOR REHEARING DENIED.**  See Rule 2-18.7 of the
Uniform Rules of the Louisiana Courts of Appeal.

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT